# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br>THE INGROS FAMILY LLC, <br><br>    Debtor. <br><br>THE INGROS FAMILY LLC, <br><br>    Movant, <br><br>vs. <br><br>NO RESPONDENT. | Bankruptcy No. 20-22606-CMB <br><br>Chapter 11 |

## NOTICE OF ENTRY OF APPEARANCE AND SERVICE OF PAPERS ON BEHALF OF CARMINE FOGLIO

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter our appearance on behalf of Creditor, Carmine Foglio, in the above-captioned matter, and Salene Mazur Kraemer and Keila Estevez to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Salene Mazur Kraemer
Salene Mazur Kraemer, Esquire
PA I.D. # 86422
skraemer@bernsteinlaw.com
Keila Estevez
PA I.D. #91298
kestevez@bernsteinlaw.com
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA  15219
Tel: (412) 456-8100
Fax: (412) 456-8135

Attorney for Creditor,
Carmine Foglio

Dated: 9/25/2020