**PROCEEDING MEMO**

**Date: 12/02/2020 03:00 pm**

**In re:   The Ingros Family LLC**

                                                **Bankruptcy No. 20-22606-CMB**
                                                **Chapter: 11 (Not Small Business)**
                                                **Doc. # 36**

**Appearances:**  Thomas Reilly, Ryan Cooney, Bill Stang, Joseph Fidler, Salene Kraemer

**Nature of Proceeding:** #36 Amended Motion of Carmine Foglio for Adequate Protection Payments

**Additional Pleadings:** Certificate of Service; #40 Exhibit E; #43 Limited Objection by Enterprise Bank; #44 Response by Ryan D. Sharbonno; #45 Response by Debtor

**Judge's Notes:**
- Kraemer: "The" also omitted so same issue as Enterprise but in last position. On parallel track, have filed action against non-debtors in state court. Concern re value of property and potential decline in value. Potential interest in pursuing purchase of building.
- Cooney: Asserts it is Foglio's burden on motion. Valuation will be a factual issue and valuation of the other collateral should come into question. Will need appraisals.
- Fidler: Did file limited objection. Would like to be involved in meet and confer and stips filed related to this matter.
OUTCOME:
-Parties to meet and confer. On or before 1/5/21, parties to file joint statement identifying stipulated facts, contested facts, legal issues, including burden, and if they will need to do briefing and/or present evidence.
- Matter continued to Status Conference on 2/4/21 at 3pm. At that time, parties to have narrowed down issues and come prepared to discuss how to proceed. Will also address burden on that date.

FILED
12/2/20 5:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**