**PROCEEDING MEMO**

**Date: 01/08/2021 01:30 pm**

**In re:    The Ingros Family LLC**

        **Bankruptcy No. 20-22606-CMB**
        **Chapter: 11 (Not Small Business)**
        **Doc. # 1**

**Appearances:  Ryan Cooney, Thomas Reilly, Joseph Fidler, Bill Stang**

**Nature of Proceeding: #1 Chapter 11 Status Conference**

**Additional Pleadings:**

**Judge's Notes:**
-Cooney: Prior hearings held on 12/2 turned into more of a status conference. However, update that Creditor Carmine Foglio passed away early December. Future hearings scheduled for 2/4 and 3/8 for other matters in case. Operating reports were delinquent, but issue resolved yesterday. Trustee's fees are paid. Trying to figure out long-term solution.
-What does Debtor intend to do? Valuation or a plan with alternatives resolves a lot of the issues.
-Cooney: Debtor's ideal scenario would be to bring in a partner, pay down some liens and refinance. However, working with short time frame. May have to pivot to a sale and try to get the most amount of money. Could consider filing plan with alternatives.
-If litigation continues and property has enough value, creditors would get paid no matter what the priority. Parties should try to work out consensual plan with creditors.
OUTCOME: Status conference continued to 3/31 at 1:30 pm. If parties file a plan, hearing will be canceled.

        **Carlota Böhm**
        **Chief U.S. Bankruptcy Judge**

FILED
1/8/21 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA