**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**THE INGROS FAMILY LLC,**

**Debtor.**

**Bankruptcy No. 20-22606-CMB**

**Chapter 11**

**Document No.**

# MONTHLY OPERATING REPORT OF DEBTOR FOR THE PERIOD MARCH 1, 2021 – MARCH 31, 2021

**ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159
Counsel for the Debtor
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**The Ingros Family, LLC** **20-22606-CMB**

**Reporting Period:** 03-01-2021 / 03-31-2021

## MONTHLY OPERATING REPORT

**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Postpetition Taxes | MOR-4 | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | |
| Listing of aged accounts payable | MOR-4 | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Debtor Questionnaire | MOR-5 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor ______________________ Date ______________________

Signature of Joint Debtor ______________________ Date ______________________

[signature]
Signature of Authorized Individual* Date 05-11-2021

JEFFREY S INGROS
Printed Name of Authorized Individual

MANAGING MEMBER
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

The Ingros Family, LLC
Debtor

20-22606-CMB
Reporting Period: 03-01-2021 / 03-31-2021

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | -15.90 | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES (RENT) | 36,717.71 | | | | | | 207,677.14 | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) (INT) | .27 | | | | | | 6.82 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 36,717.98 | | | | | | 207,683.96 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| ~~SALES, USE, & OTHER~~ TAXES | — | | | | | | 10,171.62 | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) (FEES) | 17.10 | | | | | | 146.10 | |
| MORTGAGE | 30,644.89 | | | | | | 164,637.99 | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| UTILITIES | — | | | | | | 22,956.47 | |
| PROFESSIONAL FEES | — | | | | | | 10,000.00 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 30,661.99 | | | | | | 208,565.87 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 6055.99 | | | | | | | |
| CASH - END OF MONTH | 6040.09 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

## March 2021 Operating Statement

| **02/01/2021 Starting Balance** | | **-$15.90** |
|---|---|---|
| **Income:** | | |
| Global Hybrid | $14,522.63 | |
| Commonwealth of PA | $7,096.83 | |
| Commonwealth of PA | $500.00 | |
| Askar | $2,353.00 | |
| RFA | $3,275.00 | |
| M7 | $2,913.33 | |
| Brush Creek Solutions | $2,353.04 | |
| Dutch Ridge Consulting Group | $3,703.88 | |
| Interest | $0.27 | |
| **Total Income** | **$36,717.98** | |
| Expense: | | |
| Transfer to Loan | $14,506.73 | |
| Transfer to Loan | $2,353.00 | |
| Transfer to Loan | $2,913.33 | |
| Transfer to Loan | $3,275.00 | |
| Transfer to Loan | $7,596.83 | |
| Service Charge | $17.10 | |
| **Total Expense** | **$30,661.99** | |
| **Net Income:** | **$6,055.99** | |
| **03/31/2021 Ending Balance** | | **$6,040.09** |

The Ingros Family, LLC
Debtor

20-22606-CMB
Reporting Period: 03-01-2021 / 03-31-2021

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| BALANCE PER BOOKS | -15.90 | | | |
| BANK BALANCE | -15.90 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 36,717.98 | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 30,661.99 | | | |
| OTHER (ATTACH EXPLANATION) | | | | |
| ADJUSTED BANK BALANCE * | 6,040.09 | | | |

* Adjusted bank balance must equal balance per books

**DEPOSITS IN TRANSIT**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CHECKS OUTSTANDING**

| Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OTHER

**The Ingros Family, LLC** | **20-22606-CMB**

Debtor

Reporting Period.: 03-01-2021 / 03/31/2021

## STATEMENT OF OPERATIONS

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ 36,717.98 | $ 207,683.96 |
| Less: Returns and Allowances | 30,661.99 | 208,565.87 |
| Net Revenue | $ 6055.99 | $ -881.91 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**The Ingros Family, LLC**
Debtor

**20-22606-CMB**

Reporting Period: 03-01-2021 / 03-31-2021

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

The Ingros Family, LLC
Debtor

20-22606-CMB
Reporting Period: 03-01-2021 / 03-31-2021

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 6040.09 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $4,800,000.00 | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $ 4,806,040.09 | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt Fabio | 317,000.00 | |
| Priority Debt Sharboon | 578,830.95 | |
| Unsecured Debt Enterprise | 3,374,459.63 | |
| *TOTAL PRE-PETITION LIABILITIES* | $ 4,170,190.58 | $ |
| *TOTAL LIABILITIES* | $ | $ |
| ***OWNER EQUITY*** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | $ 641,960.15 | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

The Ingros Family, LLC
Debtor

20-22606-CMB
Reporting Period: 03-01-2021 / 03-31-2021

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **LIABILITIES AND OWNER EQUITY** | **BOOK VALUE AT END OF CURRENT REPORTING MONTH** | **BOOK VALUE ON PETITION DATE** |
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

Ingros Family LLC
295 Third Street Suite 300
Beaver PA 15009

Account Number:
Statement Date: 3/31/21
Page Number: 1
Items: 6

**** DO NOT MAIL ****

Our Annual Privacy Notice is available on our website:
enterprisebankpgh.com or by calling 412-487-6048

Simplicity Business Chec#:***********3980

| | | | |
|---|---|---|---|
| Previous Balance on 2/28/21 | | $ | 15.90OD |
| 9 Deposits and Other Additions | Credits | + | 36,717.98 |
| 6 Checks and Other Charges | Debits | - | 30,661.99 |
| Current Balance on 3/31/21 | | $ | 6,040.09 |

Checking Account Transactions

| Date | Description | Amount |
|---|---|---|
| 3/01/21 | Direct Deposit HYBRID GLOBAL LO CONS PAY BEAVER 3RD ST INGROS FAMILY LLC | 14,522.63 + |
| 3/18/21 | Regular Deposit | 2,353.00 + |
| 3/23/21 | Remote Deposit Anywhere 880271934 | 2,913.33 + |
| 3/25/21 | Regular Deposit | 3,275.00 + |
| 3/29/21 | Direct Deposit COMM OF PA COMM OF PA AP0063889636 THE INGROS FAMILY LLC | 500.00 + |
| 3/29/21 | Regular Deposit | 7,096.83 + |
| 3/30/21 | Remote Deposit Anywhere 884741474 | 2,353.04 + |
| 3/31/21 | Remote Deposit Anywhere 885504922 | 3,703.88 + |
| 3/31/21 | Interest Deposit | .27 + |
| 3/02/21 | Debit Memo Loan Payment | 14,506.73 - |
| 3/22/21 | Debit Memo loan payment | 2,353.00 - |
| 3/25/21 | Debit Memo loan payment | 2,913.33 - |
| 3/26/21 | Debit Memo loan payment | 3,275.00 - |
| 3/30/21 | Debit Memo loan payment | 7,596.83 - |
| 3/31/21 | Service Charge | 17.10 - |

DAILY BALANCE SUMMARY

| -Balance | Date- | -Balance | Date- | -Balance | Date- | -Balance | Date- |
|---|---|---|---|---|---|---|---|
| 15.90- | 2/28 | 2,353.00 | 3/18 | 3,275.00 | 3/25 | 2,353.04 | 3/30 |
| 14,506.73 | 3/01 | .00 | 3/22 | .00 | 3/26 | 6,040.09 | 3/31 |
| .00 | 3/02 | 2,913.33 | 3/23 | 7,596.83 | 3/29 | | |

| | |
|---|---|
| Interest Paid Year to Date is | 1.79 |
| Average Ledger Balance for Period was | 1,580.97 |
| Average Collected Balance for Period was | 924.68 |

Ingros Family LLC
295 Third Street Suite 300
Beaver PA 15009

Account Number:
Statement Date: 3/31/21
Page Number: 2
Items: 6

**** DO NOT MAIL ****

| | |
|---|---|
| Average Ledger Balance | 1,580.97 |
| Less Average Float | 656.29 |
| Average Collected Balance | 924.68 |
| Less Reserves | .00 |
| Less Compensating Balance | .00 |
| Total Available Balance | 924.68 |
| Earnings Allow on Avail Bal | .00 |

| SERVICES PROVIDED | UNIT/COST | VOLUME | TOTAL COST | REQUIRD BAL |
|---|---|---|---|---|
| Deposited Items - Foreign | .150 | 6 | .90 | .00 |
| Credits | .150 | 6 | .90 | .00 |
| Electronic | .150 | 2 | .30 | .00 |
| Account Maintenance | 15.000 | 1 | 15.00 | .00 |
| | | Totals | 17.10 | .00 |

Service Charge This Statement .......... 17.10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**THE INGROS FAMILY LLC,**

**Debtor.**

**Bankruptcy No. 20-22606-CMB**

**Chapter 11**

**Document No.**

**CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher, Ryan J. Cooney, Sy O. Lampl and Alexander L. Holmquist, hereby certify, that on the 25th day of May, 2021, a true and correct copy of the foregoing **MONTHLY OPERATING REPORT** was served on the following *(via electronic service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: May 25, 2021

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
RYAN J. COONEY
PA I.D. #319213
SY O. LAMPL
PA I.D. #324741
ALEXANDER L. HOLMQUIST
PA I.D. #314159
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com